IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS THOMAS,<br><br>    Plaintiff,<br><br>  v.<br><br>HERNANDEZ, et al.,<br><br>    Defendants. | No. 2:21-CV-1638-TLN-DMC-P<br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion to proceed in forma pauperis. See ECF No. 10. Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a). Plaintiff's request to proceed in forma pauperis is, therefore, granted.

    IT IS SO ORDERED.

Dated: October 22, 2021

                            _____
                            DENNIS M. COTA
                            UNITED STATES MAGISTRATE JUDGE