1

2

3

4

5

6

7

8    **IN THE UNITED STATES DISTRICT COURT**

9    **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    DENNIS THOMAS,                                        No. 2:21-CV-1638-DJC-DMC-P

12                    Plaintiff,

13            v.                                             ORDER

14    HERNANDEZ, et al.,

15                    Defendants.

16

17            Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to

18    42 U.S.C. § 1983.  Pending before the Court is Plaintiff's motion to disqualify defense counsel.

19    See ECF No. 50.  Defendants have filed an opposition.  See ECF No. 52.

20            In his motion, Plaintiff argues that the California Attorney General's Office, which

21    represents Defendants in this matter, must be disqualified due to a conflict of interest.  See ECF

22    No. 50.  According to Plaintiff, a conflict exists because the California Attorney General "has

23    prosecutorial powers over the California Department of Corrections and Rehabilitation and all of

24    its employees" and "cannot represent any such defendants in a civil matter."  Id. at 1.  The Court

25    agrees with Defendants that Plaintiff's motion should be denied because: (1) Plaintiff has not

26    provided any evidence of an actual conflict; and (2) Plaintiff has not cited to any authority which

27    bars the California Attorney General's Office representing employees of the California

28    Department of Corrections and Rehabilitation in civil actions in federal court.

1

1               Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to disqualify

2    defense counsel, ECF No. 50, is DENIED.

3

4    Dated:  July 2, 2025

5                                        DENNIS M. COTA

6                                        UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28