IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS THOMAS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HERNANDEZ, et al.,<br><br>　　　　Defendants. | No. 2:21-CV-1638-DJC-DMC-P<br><br><br>ORDER |

   Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court are: (1) Plaintiff's motion regarding video exhibits, ECF No. 62; and (2) Plaintiff's motion for an extension of time to conduct discovery and file a motion to compel, ECF No. 67.

   Both motions will be denied as untimely. On March 25, 2024, the Court issued a discovery and scheduling order for this case. See ECF No. 43. That order allowed the parties to conduct discovery through November 29, 2024. See id. Any motions to compel discovery were due to be filed by this date. See id. Plaintiff's motion regarding video exhibits was filed on July 29, 2025 – many months after the deadline for filing motions relating to discovery. Therefore, to the extent Plaintiff's motion seeks to compel discovery, it is untimely. Similarly, Plaintiff's motion to extend the discovery cut-off deadline set in the March 25, 2024, order was filed on September 2, 2025 – again, many months after the discovery cut-off deadline. This motion is also

1  untimely.
2        Accordingly, IT IS HEREBY ORDERED that Plaintiff's motions, ECF Nos. 62
3  and 67, are DENIED as untimely.

5  Dated:  September 5, 2025

   _____
   DENNIS M. COTA
   UNITED STATES MAGISTRATE JUDGE